UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CASTRO, | ) CASE NO. CV08-3110 ODW (SHx) |
| | ) Assigned for All Purposes to: |
| Plaintiff, | ) Hon. Otis D. Wright II |
| | ) |
| v. | ) **ORDER RE STIPULATED** |
| | ) **PROTECTIVE ORDER** |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, and DOES 1-30, | ) |
| | ) |
| | ) |
| | ) *(For Determination By Magistrate Judge* |
| Defendants. | ) *Stephen J. Hillman)* |
| _____ | ) |

///

| | |
|---|---|
| 1 | **ORDER ON STIPULATION FOR PROTECTIVE ORDER** |
| 2 | After full consideration, the requested protective order is hereby issued, with |
| 3 | all parties bound by the Agreement to be Bound by Confidentiality Stipulation, |
| 4 | attached as Exhibit A to the Stipulation and Protective Order. |

DATED: November 12, 2009      _____/S/_____
                              *Hon. Stephen J. Hillman*
                              *Magistrate Judge of the United States*
                              *District Court*